## SAMUEL H. SHARP V. SAMUEL C. ARLEDGE.

(No. 42, Tex. L. J., vol. 1, p. 79.)

ERROR from Houston County.   Opinion by WHITE, J.

§ 632. *Oath in forma pauperis on error.* The plaintiff in error did not execute a bond, but made an affidavit in these words: "That he is unable to give bond for. *supersedeas,* as required by law. That he has tried to give such bond and failed." This affidavit is not in compliance with or in conformity to the provisions of the stat-

ute regulating appeals and writs of error in cases where the party is unable to give bond. [Pas. Dig. art. 6180; and see also the case of Green v. Martin, 43 Tex. 653.]

January 18, 1877.                    Dismissed.